THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL STEVENS, Appellant. [20 NYS3d 906]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Del Giudice, J.), imposed April 30, 2014, upon his convictions of robbery in the first degree (two counts) and unlawful imprisonment, upon a jury verdict, after remittitur from this Court for resentencing (see People v Stevens, 114 AD3d 969 [2014]).

Ordered that the resentence is modified, as a matter of discretion in the interest of justice, by reducing the determinate term of imprisonment from 22 years to 17 years; as so modified, the judgment is affirmed.

The defendant's contention that he was penalized for exercising his right to trial is without merit (see People v Melendez, 71 AD3d 1166, 1167 [2010]). The defendant's contention that the

resentence constitutes cruel and unusual punishment is unpreserved for appellate review and is, in any event, without merit (*see People v Gil*, 109 AD3d 484, 485 [2013]; *People v Khan*, 89 AD3d 750, 751-752 [2011]). However, the resentence was excessive to the extent indicated herein. Balkin, J.P., Hall, Cohen and Hinds-Radix, JJ., concur.